1   **HANNI M. FAKHOURY**
California Bar No. 252629
2   FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3   San Diego, California 92101-5008
Telephone: (619) 234-8467
4   Facsimile: (619) 687-2666
Hanni_Fakhoury@fd.org
5
6   Attorneys for Defendant
7
8                    UNITED STATES DISTRICT COURT
9                  SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,           )  Case No.  08MJ1781
                                        )
11          Plaintiff,                  )
                                        )
12  v.                                  )  **<u>NOTICE OF ATTORNEY APPEARANCE</u>**
                                        )
13  ARGENIS REYES-GRAHAM,               )
                                        )
14          Defendant.                  )
                                        )
15  _____    )

16          Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Hanni

17  M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

18  the above-captioned case.

19                                      Respectfully submitted,

20

21  Dated: June 12, 2008                /s/ Hanni M. Fakhoury
                                        HANNI M. FAKHOURY
22                                      Federal Defenders of San Diego, Inc.
                                        e-mail: Hanni_Fakhoury@fd.org
23                                      Attorneys for Defendant

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3   information and belief, and that  a copy of the foregoing document has been served this day upon:

4   U S Attorneys Office Southern District of California
    880 Front Street
5   Room 6293
    San Diego, CA 92101
6   (619)557-5610
    Fax: (619)557-5917
7   Email: Efile.dkt.gc2@usdoj.gov

8

9

10  DATED:  June 12, 2008            /s/ Hanni M. Fakhoury_____
                                    HANNI M. FAKHOURY
11                                  e-mail: Hanni_Fakhoury@fd.org

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28