UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
2008 JUN 19 P 4:10
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

PLEASE RECEIPT AND RETURN

PLEASE RECEIPT AND ...

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> BERNAL-GUZMAN ET AL ) <br> ) <br> Defendant(s) ) | CRIMINAL NO. 08 MJ 1781 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

RUBEN B. BROOKS

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted**) Case Disposed / Order of Court).

ANGEL PEREZ-BAILON

DATED: JUN 19 2008

RUBEN B. BROOKS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____ 
Deputy Clerk

B. LLOYD